IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-4228 |
| | : | |
| REWEB REAL ESTATE LLC, ET AL. | : | |

## ORDER

This 5th day of December, 2019, it is hereby **ORDERED** as follows:

1) Defendants' Motion to Set Aside Default Judgment, (ECF 8) is **GRANTED.** The default entered by the Clerk of Court on November 13, 2019 is **VACATED**.

2) Plaintiff's Motion for Default Judgment (ECF 7) is **DENIED.**

3) Plaintiff's Motion to Strike (ECF 10) is **DENIED**.

4) Defendants shall answer the complaint within 14 days of this Order.

    /s/ Gerald Austin McHugh
United States District Judge