**UNITED STATES DISTRICT COURT**
for the
Eastern District of Pennsylvania

| | |
|---|---|
| ANDREW R. PERRONG ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> REWEB REAL ESTATE LLC ("REWEB'); KYLE ) <br> MCLAUGHLIN; NICHOLAS UMMARINO & DOES I ) <br> THROUGH 100, INCLUSIVE ) <br> Defendants ) | Civil Action No. 19-4228 <br><br> MOTION TO DISMISS |

We the defendants, KYLE MCLAUGHLIN, NICHOLAS UMMARINO and REWEB REAL ESTATE, LLC ("defendants") respectfully request that this case be dismissed by the court with prejudice for the following reasons:

1. A lack of subject-matter jurisdiction
2. A lack of personal jurisdiction
3. A lack of evidence to substantiate Andrew R. Perrong, Plaintiff's claims

This 16th day of December, 2019.

*[signature]*
REWeb Real Estate, LLC

*[signature]*
Kyle Mclaughlin, Broker
Defendant, Pro Se

*[signature]*
Nicholas Ummarino, Realtor
Defendant, Pro Se

FILED
DEC 18 2019

## CERTIFICATE OF SERVICE

This is to certify that a copy of this answer to the civil action has been sent by ordinary United States Mail this 16th day of December 2019 to:

Andrew R. Perrong, Pro Se
Plaintiff
1657 The Fairway #131
Jenkintown, PA 19046

*[signature]*
REWeb Real Estate, LLC

*[signature]*
Kyle Mclaughlin, Broker
Defendant, Pro Se

*[signature]*
Nicholas Ummarino, Realtor
Defendant, Pro Se

*[FILED DEC 18 2019 stamp]*