IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-4228** |
| | : | |
| **REWEB REAL ESTATE LLC, ET AL.** | : | |

## ORDER

This 21st day of August, 2020, it is hereby **ORDERED** that Plaintiff's Motion to Strike, ECF 18, is **DENIED,** and Defendants' Motion to Dismiss, ECF 14, is **GRANTED.**

This action is **DISMISSED** without prejudice.

The Clerk is requested to mark this case **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge